IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EFFIE J. FRAZIER,<br><br>                Plaintiff,<br><br>v.<br><br>JO ANNE BARNHART, Commissioner of Social Security,<br><br>                Defendant. | CIVIL NO. 04-359-HU<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION AND REMANDING FOR FURTHER PROCEEDINGS |

**MOSMAN, J.,**

On March 14, 2005, Magistrate Judge Hubel issued Findings and Recommendation (docket #19) in the above-captioned case recommending remand for further proceedings consistent with his order. Plaintiff filed objections (#20) on March 25, 2005, recommending a remand for payment of benefits while defendant filed a reply on April 7, 2005.

Accordingly, after de novo review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b), the Court ADOPTS the Findings and Recommendation ordering remand for further proceedings as the opinion of this court.

IT IS SO ORDERED.

DATED: Portland, Oregon, April 22, 2005.

                                            MICHAEL W. MOSMAN
                                            United States District Judge